IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWANZA GREEN, | No. 2:10-cv-00242-MCE-EFB PS |
| Plaintiff, | |
| vs. | ORDER |
| ALLIANCE TITLE; CMG MORTGAGE, INC.; SELECT PORTFOLIO SERVICING, INC.; NATIONAL DEFAULT SERVICING, CORP.; and DOES 1 through 100, inclusive, | |
| Defendants. | |
| _____/ | |

On December 3, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed. Accordingly, the court presumes any findings of fact are correct. See <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See <u>Britt v. Simi Valley Unified Sch. Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

///

///

1

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed December 3, 2010, are ADOPTED;

2. Plaintiff's motion to remand, Dckt. No. 59, is granted;

3. This action is remanded to the Superior Court of the State of California in and for the County of Solano; and

4. Defendants' motions to dismiss, Dckt. Nos. 60 and 64, and defendants' motion to strike the lis pendens, Dckt. No. 67, are denied without prejudice to them being re-filed in the state court action.

IT IS SO ORDERED.

Dated: February 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE